UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL C. WILDMAN,<br><br>    Petitioner,<br><br>v.<br><br>E. ARNOLD, Warden,<br><br>    Respondent. | Case No. CV 16-08570 JLS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Traverse, and Motion to Stay filed by Petitioner, the Answer and Opposition to the Motion to Stay filed by Respondent, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) The Motion to Stay (Dkt. 26) is DENIED;

(2) Petitioner's request for an evidentiary hearing is DENIED; and

(3) Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: March 6, 2018

_____
JOSEPHINE L. STATON
United States District Judge