JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL C. WILDMAN,<br><br>    Petitioner,<br><br>    v.<br><br>E. ARNOLD, Warden,<br><br>    Respondent. | Case No. CV 16-08570 JLS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 6, 2018

JOSEPHINE L. STATON
United States District Judge